FILED

APR 09 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

JONATHAN D. FROST, SOLE
SHAREHOLDER OF JD MANAGEMENT,
INC., AS MEMBER MANAGER OF JD
FROST & COMPANY, PLLC,

    *Petitioner,*

    v.

UNITED STATES OF AMERICA,

    *Respondent.*

:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.: 1:21-mc-11

McDonough / Lee

---

## PETITION OF JONATHAN D. FROST, SOLE SHAREHOLDER OF JD MANAGEMENT, INC., AS MEMBER MANAGER OF JD FROST & COMPANY, PLLC, TO QUASH IRS SUMMONSES

---

Petitioner, Jonathan D. Frost, Sole Shareholder of JD Management, Inc., as Member Manager of JD Frost & Company, PLLC ("JD Frost"), by and through counsel and pursuant to 26 U.S.C. § § 7609(b)(2) and (h) hereby petitions this Court for an order quashing three Internal Revenue Service ("IRS") summonses issued to JD Frost on March 19, 2021, regarding Eagle Mountain View, LLC, English Mountain View, LLC, and Carver Mountain Reserve, LLC.

On the face of the summonses, the IRS requests information for the tax period ended December 31, 2016. However, Attachment B to the summons is more expansive and seeks information from December 31, 2015 to January 1, 2018. The summonses are overly broad and unduly burdensome to Mr. Frost. Contemporaneously, the IRS delivered written instructions inconsistent with the language of the summonses. Specifically, the dates of appearance at the Uptain Road office and the dates of production of the request for documents.

- 1 -

Internal Revenue Service
Attn: Yan Shu Zhao, Internal Revenue Agent
2888 Woodcock Blvd.
Atlanta, GA 30341

Internal Revenue Service
Andrew S. Breig, Manager
2888 Woodcock Blvd.
Atlanta, GA 30341

Kerry Mock
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

By: _____
John Konvalinka, Esq.

- 3 -

WHEREFORE, JD Frost requests the Court enter an order quashing the summonses.

This the 8th day of April, 2021.

Respectfully submitted,

GRANT, KONVALINKA & HARRISON, P.C.

By: _____
    John P. Konvalinka, BPR No. 001780
    Hollie A. Floberg, BPR No. 035132
    *Attorneys for Petitioner*
    633 Chestnut Street, Suite 900
    Chattanooga, TN 37450-0900
    (423) 756-8400 t
    (423) 756-6518 f
    JKonvalinka@gkhpc.com
    HFloberg@gkhpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2021, this pleading was served via U.S. mail first class upon the following persons:

    United States of America
    c/o U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530

    United States of America
    c/o U.S. Attorney's Office
    110 9th Avenue S. Suite A961
    Nashville, TN 37203

    Eagle Mountain View, LLC
    English Mountain View, LLC
    Carver Mountain Reserve, LLC
    Bondurant, Mixson & Elmore, LLP
    c/o Jason J. Carter, Esq.
    Amanda D. Bradley
    1201 W. Peachtree Street NW Suite 3900
    Atlanta, GA 30309

- 2 -