IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JONATHAN D. FROST,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 1:21-mc-00011-TRM-SKL |

**AGREED JUDGMENT AND ORDER TO ENFORCE SUMMONS**

Having considered the parties' joint motion entry of an agreed order enforcing the Internal Revenue Service's administrative summonses on Jonathan D. Frost, and good cause appearing, it is hereby:

ORDERED AND ADJUDGED that Petitioner Jonathan D. Frost shall provide the testimony, books, papers, records and other data demanded in the IRS's summonses; and

ORDERED AND ADJUDGED that the Court retains jurisdiction over this judgment.

**SO ORDERED** this \_\_\_\_ day of September, 2021

                                                  Hon. Travis R. McDonough
                                                United States District Judge

Agreed to by:

Dated: September 1, 2021

                        DAVID A. HUBBERT
                        Acting Assistant Attorney General

                        */s/ Ryan O. McMonagle*
                        RYAN O. MCMONAGLE
                        Trial Attorney, Tax Division
                        U.S. Department of Justice
                        P.O. Box 227
                        Washington, D.C. 20044
                        202-307-1355 (v)
                        202-514-6866 (f)
                        Ryan.McMonagle@usdoj.gov

                        *Counsel for the United States*

Dated: September 1, 2021          /s/ Hollie A. Floberg
                        Hollie A. Floberg, Esq.
                        Grant Konvalinka & Harrison, P.C.
                        Republic Centre, Ninth Floor
                        633 Chestnut Street
                        Chattanooga, TN 37450
                        Phone: (423) 756-8400
                        Fax: (423) 756-0643
                        hfloberg@gkhpc.com

                        *Counsel for Jonathan Frost*